


# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RHONDA FREEMAN,

    Plaintiff,

vs.

CITY OF PHILADELPHIA,
PHILADELPHIA POLICE,
PHILADELPHIA FIRE DEPARTMENT,

    Defendants.

CIVIL ACTION
CASE NO. **19 4105**

FILED

**CIVIL ACTION**

On November 14, 2017 Rhonda Freeman (herein after referred to as the "Plaintiff") called 911 after receiving contaminated envelopes with the name Alberina Driza handwritten on them that caused the Plaintiff dizziness, headaches, and shortness of breath. One of the envelopes were handwritten and addressed to the Plaintiff with no return address. One of the contaminated envelopes handwritten and addressed to the Plaintiff also had her name and address misspelled. When the Philadelphia Police officer arrived (herein after referred to as the "Defendant") the Plaintiff told him the health challenges she was having due to the contaminated envelopes, and the hacker she caught eavesdropping on her when she called LIHEAP on 11/8/17 and 11/9/17 who pretended to work for LIHEAP and lied by saying that he was assigned to her LIHEAP application and that he was processing the Plaintiff's application, but when the Plaintiff called LIHEAP's direct main

1

phone number they said the Plaintiff's application is still being processed and was never assigned to anybody as of 11/8/17. When the Plaintiff called LIHEAP's main number back again on 11/9/17, LIHEAP said the same thing, that the Plaintiff's application is still being processed and has not been assigned to anybody. Even after the Plaintiff told the officer the health problems she was having from the envelopes and that she also caught a hacker eavesdropping on her both times she called LIHEAP on 11/8/17 and 11/9/17, the officer still refused to take them from her property at 5920 Lawndale Street to be tested. This incident with the defendant is video recorded, and the police report number is 2017-02-064390.

The Plaintiff did not receive any help from the Philadelphia Police until 129 days later on March 23, 2018 when the police sergeant supervising officer removed the bag of contaminated envelopes from the Plaintiff's home. This resulted in the Plaintiff being poisoned by biological substances from whatever was inside the contaminated envelopes after having bloodwork done at Einstein Medical Center. The police report number for this incident is 2018-02-014336.

The Plaintiff also called 911 again on November 16, 2017 and this time the fire department (herein after will be referred to as the "Defendant") came out. When the Philadelphia Fire Department arrived at the Plaintiff's home, one of the firefighters was holding a note folded in his hand. The firefighter that was holding the note folded in his hand also handed is HAZMAT device to the other firefighter that was standing next to him and the contaminated envelopes were never tested. So the contaminated envelopes were never tested on November 16, 2017 either. This incident is also video recorded.

2

On January 29, 2018 around 1:30 p.m. in the afternoon at the house across the street from the Plaintiff's home, at 5921 Lawndale Street an African American male was brought out the house by Fire Department paramedics on a stretcher, and it looked like the guy was unconscious on the stretcher. The Fire Department's paramedics vehicle that he was put in had no lights on and it was parked in front of the home that he was brought out of on the stretcher. As the Plaintiff continued looking out of her bedroom window, none of the neighbor's vehicles were parked along the sidewalk except for a black sedan that was parked between the front of the Plaintiff's home and her neighbor's home at 5918 Lawndale Street. The paramedics vehicle was parked in the middle of the street in front of 5921 Lawndale Street with no lights on for over 25 minutes, and there were two paramedics who took the guy inside the paramedics vehicle on the stretcher and there were also approximately 5-6 other paramedics standing together talking outside on the steps of 5921 Lawndale Street. While the paramedics were standing outside together talking, there was also a guy wearing an all brown jacket with yellow writing at the top of the jacket across the back of it in all capital letters who ran from Comly Street over to the paramedics that were talking, and the guy with the brown jacket with yellow capital letters across the back of it talked to the paramedics for a few moments and then ran back towards Comly Street. A few moments later two guys in black uniforms walked over from Van Kirk Street together and talked to the paramedics for a few moments as the paramedics were still standing outside, and then both guys walked back towards Van Kirk Street. Approximately 5 minutes later the fire department paramedics vehicle finally pulled off. After the paramedics vehicle pulled off, a dark brown SUV parked in the middle of the street in the same area where the paramedics vehicle was parked, and two guys got out the brown vehicle and left the SUV parked for hours in the middle of the street until approximately 10:00 p.m.

and no other vehicles could get pass. This incident may also be linked to the contaminated envelopes the Plaintiff received with the name Alberina Driza handwritten on them and the one also handwritten addressed to the Plaintiff with no return address, and the other contaminated envelope handwritten and addressed to the Plaintiff with her name and address misspelled. The Plaintiff does not have the Fire/EMS Report from the City for this incident.

Also on the City Of Philadelphia's website phila.gov, cases with the name Driza in it were removed from the City's website. The Civil Docket search results for cases with the terrorist name Driza originally showed 22 search results which also included the case that was filed by the terrorist against the Plaintiff, but now the search results are only showing 4 cases and the case that was filed by the terrorist against the Plaintiff doesn't show up at all in the search results. Somebody at City Hall is overwriting the old layout of the phila.gov website to cover up what happened by combing cases with the name Driza off the City's website.

## RELIEF REQUESTED FROM THE COURT

### Compensatory Damages & Punitive Damages

Compensatory damages is compensation from what the defendants actually did, and the defendants which are the Philadelphia Police and the Philadelphia Fire Department both failed to test any of the envelopes that led to the Plaintiff being poisoned by biological substances.

Punitive damages is compensation from the defendants careless negligent behavior to stop it from happening again. On November 14, 2017 the Plaintiff took the contaminated envelopes that were addressed to her at her home outside to try to make it easier to get help from the Philadelphia Police officer,

and even told him about her health changes and the eavesdropping she caught and he still refused to remove them from her property to have them tested. The same problem happened again two days later on November 16, 2017 when the Philadelphia Fire Department came out to the Plaintiff's home when she took the bag of contaminated envelopes outside again to try to make it easier to get help and they didn't test any of the envelopes either. To make matters worse, the firefighter also handed his HAZMAT device to the other firefighter instead of testing any of the envelopes. This caused the Plaintiff to be directly exposed to whatever biological substances were in the envelopes and direct exposure lasted for over 100 days, until March 23, 2018 when the Sergeant, a supervisor from the Philadelphia Police, finally removed the bag of contaminated envelopes from the basement inside the Plaintiff's home. The behavior of both defendants is beyond careless and negligent.

There is a preponderance of evidence that shows that both defendants are responsible for the pain that the Plaintiff has suffered. The Plaintiff is requesting compensatory damages due to bioterrorism in the amount of $25,000,000, and punitive damages in the amount of $75,000,000 due to careless and negligent behavior that caused the Plaintiff to have to survive a bioterrorism attack.

9/9/19   *Rhonda Neeman*

# EXHIBIT A

JOSEFINA ORIZA
[illegible] City Place
[illegible] PA 19[illegible]

Rhonda Freeman
5920 Lawndale St
Phila, PA 19120

Albertha Driza
8210 Solly Place
Philadelphia, PA 19111

Rhonda Freeman
920 Lawndale Street
Philadelphia, PA 19120

PRESORTED
STANDARD
U.S. POSTAGE
PAID
PROTECT
YOUR HOME

With our compliments

ABS  07-24
       714

Details Inside
PKG#
727-7204/k5-gad22-aag-0724

3750 Priority Way South Drive
Indianapolis, IN 46240

901·B012461·40·40873·32·217
Alberina Dirza
Or Current Homeowner
5920 Lawndale St
Philadelphia, PA 19120-1210

You are approved for the following offer



CITY OF PHILADELPHIA
SHERIFF'S OFFICE
100 South Broad Street, 5th Floor
Philadelphia, PA 19110

Rhonda Freeman aka Linda Fe
5920 Lawndale St.
Phila., PA 19102

19120$1210 0032

Rhonda Freeman
5940 Lowndale St.
Philadelphia PA. 19120

19120-121020

# EXHIBIT B



### pennsylvania
DEPARTMENT OF HUMAN SERVICES

02/06/2019

RHONDA A FREEMAN
6003 ALGON AVE
PHILADELPHIA, PA 19111-6104

## MEDICAL SERVICES QUESTIONNAIRE

CIS #: 080002066
Case #: 51 4214919

☐ Marque aqui si usted necesita esta forma en español. Devuelva la forma en el sobre timbrado adjunto.

### FAILURE TO FILL OUT AND RETURN THIS FORM WITHIN 15 DAYS MAY AFFECT YOUR BENEFITS

| Diagnosis: POISONING BY OTHER DRUGS, MEDICAMENTS AND BIOLOGICAL SUBSTANCES, ACCIDENTAL (UNINTENTIONAL), INITIAL ENCOUNTER |
|---|
| POISONING BY OTHER DRUGS, MEDICAMENTS AND BIOLOGICAL SUBSTANCES, ACCIDENTAL (UNINTENTIONAL), INITIAL ENCOUNTER |
| Procedure: COMPREHENSIVRE METABOLIC PANEL |

Medical Assistance paid bills for RHONDA A FREEMAN to ALBERT EINSTEIN MEDICAL CENTER for service on 10/31/2018.

We need to know if another insurance company or person should have paid these bills. To find out, we need you to fill out this form and return it in the enclosed envelope.

**Please check the reason for the visit:**
___ Motor Vehicle (includes car, bus, truck, van, motorcycle, ATV or other type of vehicle)

___ Slip and/or Fall

___ Medical Malpractice

___ Burn

___ Animal Bite

___ Attack by Another Person - Name of attacker: _____

    District Attorney information: _____ Docket number: _____

___ Work Injury - Name of employer: _____

☒ Other (include onetime or ongoing illness): _Emergency Room Visit 12/03/18_

**Date of accident, injury or illness:** Due to terrorism attacks that is Had at my house on 2 8/27/17 and have been ongoing since then. My entire body is injured because a third

**Body parts injured:**

**If an attorney is involved, please provide any of the following information if you know it:**

Attorney Name: Every law enforcement is trying to cover up. Not 1 cop, not 1 no attorney helped me at all. To this day no attorney has helped me at all

Attorney Address: ___

Attorney Telephone Number: ___   Fax Number: ___

**If an insurance company is involved (including Workers Comp Carrier), please provide any of the following information if you know it:**

Insurance Company Name: Keystone First

Policy Holder Name: ___

Policy Number: ___

Claim Number: ___

Adjuster/Claim Representative Name: ___

Claim Office Address: ___

Claim Office Telephone Number: ___   Fax Number: ___

**Please explain how accident, injury or illness happened:**

Two terrorists knocked on both my door and my windows of my house at 5930 Lawndale Street, Philadelphia, PA 19120 on 8/27/17. The female terrorist said its name is Albanie Anita and the male terrorist with it was never identified.    Which This escalated to a several terrorism attack that was committed against me that started on 11/10/17 where one day got out of a white van wearing a white chemical su

Name of person who filled out this form: Rhonda Freeman

Date this form was filled out: 2/13/2019

Daytime phone number of person who filled out this form: 215-287-2194

and put a contaminated chemical filled envelope in my mailbox with the same albanie anita hand-written on it that contaminated biting my tax and all my tips on every door of my home for approximately 170 days. I was directly exposed to the chemical for approximately 170 days until I was forced to leave my house by the crooked ass shorty you and never

**IF YOU HAVE ANY QUESTIONS ABOUT THIS FORM, PLEASE CALL THE DIVISION OF THIRD PARTY LIABILITY AT 1-866-850-8117; OTHERWISE CALL YOUR LOCAL COUNTY ASSISTANCE OFFICE.**

investigated what I told them about them allowing two terrorists into my home.

PW 382 (4/08)

# EXHIBIT C

Exhibit C is the video recorded by the Plaintiff when the defendant arrived on November 14, 2017 that shows even after the Plaintiff told the officer the health problems she was having from the envelopes and that she also caught a hacker eavesdropping on her both times she called LIHEAP on 11/8/17 and 11/9/17, the officer still refused to take them from her property at 5920 Lawndale Street to be tested. The police report number for this incident is 2017-02-064390.

# EXHIBIT D

Exhibit D is the video recorded by the Plaintiff when the defendant arrived on November 16, 2017 that shows one of the firefighters was holding a note folded in his hand after arriving at the Plaintiff's home. The firefighter in the video that was holding the note folded in his hand also handed is HAZMAT device to the other firefighter that was standing next to him; this is in the video as well. So the contaminated envelopes were never tested on November 16, 2017 either.

# EXHIBIT E

# Civil Docket Access

▶ Home    ▶ New Search

**Phonetic Search:** off    **Last Name:** driza

| Name/Company | Address | Party Type | Filing Date |
|---|---|---|---|
| DRIZA, ALBERINA | 8210 SOLLY PL PHILADELPHIA PA 19111<br>Case ID: 171100822 DRIZA VS FREEMAN ETAL | PLF | 13-NOV-2017 |
| DRIZA, ALBERINA | 8108 JEANES STREET PHILADELPHIA PA 19111<br>Case ID: 100800645 DRIZA VS RAMOS | PLF | 05-AUG-2010 |
| DRIZA, CHARLES | 3 MEADOW WOOD LANE LANDENBERG PA 19350<br>Case ID: 900606398 DRIZA,ETAL VS. WYNN,ETAL | PLF | 29-JUN-1990 |
| DRIZA, DIANE | 1440 ROBBINS AVE. PHILADELPHIA PA 19149<br>Case ID: 870201257 DRIZA,ETAL VS. SWARTZ | PMNR | 06-FEB-1987 |
| DRIZA, DONNA L | 3 MEADOW WOOD LANE LANDENBERG PA 19350<br>Case ID: 900606398 DRIZA,ETAL VS. WYNN,ETAL | PLF | 29-JUN-1990 |
| DRIZA, EDWARD | 314 CLEARFIELD AVE NORRISTOWN PA 19403<br>Case ID: 000202419 DRIZA ETAL VS JP FOOD SERVICE DISTRIBUTORS INC ETA | PLF | 23-FEB-2000 |
| DRIZA, ELEANOR | MCKINLEY STREET 1308 PHILADELPHIA PA 19111<br>Case ID: 110830683 CITY OF PHILA vs DRIZA ELEANOR | DFT | 06-AUG-2011 |
| DRIZA, ELEANOR | 1440 ROBBINS ST PHILADELPHIA PA 19149<br>Case ID: 040103651 DRIZA VS DAIMLERCHRYSLER CORP | PLF | 28-JAN-2004 |
| DRIZA, ELEANOR | 1440 ROBBINS AVE PHILADELPHIA PA 19149<br>Case ID: 020800313 DRIZA ETAL VS CIUCIU ETAL | PLF | 06-AUG-2002 |
| DRIZA, ELEANOR | 1440 ROBBINS AVENUE PHILADELPHIA PA 19149<br>Case ID: 930901419 DRIZA, ETAL VS. AETNA INSURANCE CO. | PLF | 15-SEP-1993 |
| DRIZA, ELEANORE | 1440 ROBBINS AVE. PHILADELPHIA PA 19149<br>Case ID: 870201257 DRIZA,ETAL VS. SWARTZ | PLF | 06-FEB-1987 |
| DRIZA, ELEANORE | 1440 ROBBINS AVE. PHILADELPHIA PA 19149<br>Case ID: 870201257 DRIZA,ETAL VS. SWARTZ | PLF | 06-FEB-1987 |
| DRIZA, FRANCES | 2219 S 8TH ST PHILADELPHIA PA 19148<br>Case ID: 010100322 DRIZA VS FORD MOTOR CO ETAL | PLF | 03-JAN-2001 |
| DRIZA, GERALD S | 1440 ROBBINS AVE PHILADELPHIA PA 19149<br>Case ID: 020800313 DRIZA ETAL VS CIUCIU ETAL | PLF | 06-AUG-2002 |
| DRIZA, GERALD | 1440 ROBBINS AVE PHILADELPHIA PA 19149<br>Case ID: 050600431 DRIZA ETAL VS PELISSIER | PLF | 08-JUN-2005 |

Page: Next  Last
Records Found: 22,  Displayed: 1 to 15






# THE PHILADELPHIA COURTS FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

Home | Case Search | Logout

PHILADELPHIA MUNICIPAL COURT

Tuesday, July 9, 2019 | Guest User

## CMS - Search Screen

Search tips

- To search on case number, include the case type (SC, LT, CE, CR, NU). Examples: LT-02-02-03-0123, SC0410320183.
- To match people or companies, supply a combination first, last, or company names.
- The search will provide any matches that contain the search term within the party name. Example: **John Smith** will match John Smith, Thomas John Smith, or John Smith Inc.
- "%" can be used as a wild card when searching for partial names. Example: **%John%Smith%** will match John A Smith Jr, Donald John Smith, or Johnathan Smithfield
- Only the first 10000 matching results will be returned.
- For more accurate results when searching by plaintiff or defendant, select a case type from the dropdown.

Type: Plaintiff
Case Type: Select...
Start Date: 07/09/2009   End Date: 07/09/2019
Search: Driza

[Go!]

| Case Number | Matching Party | Plaintiffs | Defendants |
|---|---|---|---|
| LT-18-02-05-3610 | ALBERINA DRIZA | ALBERINA DRIZA | YUSRA SADIN SAMEERULLAH(D1) |
| LT-10-12-07-3883 | Eleanor Driza | Eleanor Driza | Nichole senser(D2)<br>Vincent Senser(D1) |
| LT-14-09-17-4764 | Eleanor Driza | Eleanor Driza | Catlin Williams(D1)<br>Kim Williams(D2) |
| LT-18-11-20-5126 | ELEANOR DRIZA | ELEANOR DRIZA | KIM WILLIAMS(D1) |

1 to 4 of 4 records are displayed.

## CERTIFICATE OF SERVICE

I, Rhonda Freeman, do hereby certify that a true and correct copy of the foregoing Civil Action has been served upon the defendants CITY OF PHILADELPHIA, PHILADELPHIA POLICE and PHILADELPHIA FIRE DEPARTMENT by placing the same in the U.S. priority mail, properly addressed, on September 9, 2019.

City Of Philadelphia
1515 Arch St.
17th Floor
Philadelphia, PA 19102

Philadelphia Police Department Headquarters
750 Race Street
Philadelphia, PA 19106

Philadelphia Fire Commissioners Office
240 Spring Garden Street
Philadelphia, PA 19123

*Rhonda Freeman*
Rhonda Freeman