IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RHONDA FREEMAN,** *Plaintiff* v. **CITY OF PHILADELPHIA, et al.,** *Defendants* | NO. 19-cv-4105-JDW |

## ORDER

**AND NOW**, this 30th day of April, 2020, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 9), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff may file an Amended Complaint, consistent with the Court's Memorandum, within fourteen (14) days of the date of this Order.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.