IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RHONDA FREEMAN,** *Plaintiff* v. **CITY OF PHILADELPHIA, et al.,** *Defendants* | NO. 2:19-cv-04105-JDW |

### ORDER

**AND NOW**, this 2nd day of July, 2020, upon consideration of Defendant's Second Motion to Dismiss for Failure to State a Claim (ECF No. 20), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED**.

It is **FURTHER ORDERED** that, to the extent Plaintiff's Amended Complaint asserts a claim for liability under 42 U.S.C. § 1983, the claim is **DISMISSED WITHOUT PREJUDICE**. To the extent the Amended Complaint asserts a claim for negligence or some other tort under state law, the claim is **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that Plaintiff may file a Second Amended Complaint, consistent with this Order and the Court's Memorandum, on or before July 17, 2020.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.