# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RHONDA FREEMAN,** *Plaintiff* v. **CITY OF PHILADELPHIA, et al.,** *Defendants* | **NO. 2:19-cv-04105-JDW** |

## ORDER

**AND NOW**, this 3rd day of December, 2020, upon consideration of Defendant Defense Logistic Agency's Motion to Dismiss for Failure to State a Claim (ECF No. 33), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED.** Plaintiff's claims against the Defense Logistics Agency are **DISMISSED WITH PREJUDICE**, meaning that Plaintiff cannot renew her claims against DLA.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.